IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARYBELLE FAYAD,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br><br>*Defendant* | **Case No. 2:23-cv-00032-JDW** |

### ORDER

AND NOW, this 18th day of March, 2024, upon consideration of Plaintiff Marybelle Fayad's Motion To Proceed As A Collective Action And Facilitate Notice Under 29 U.S.C. § 216(b) (ECF No. 24), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Ms. Fayad may facilitate Notice to the following collective: "All persons presently or formerly by Defendant in the position of Paralegal within the Philadelphia District Attorney's (D.A.) Office who worked for Defendant at any point in the past two (2) years who were denied overtime compensation at their regular rate of pay for all hours worked over forty (40) in a workweek due to their misclassification as 'exempt' under the PMWA and who were paid on a salary basis."

It is **FURTHER ORDERED** that the Parties shall meet and confer to resolve remaining disputes relating to the form, content, and distribution of the Notices. If the Parties are

unable to resolve their remaining disputes, they must submit a joint letter no later than March 29, 2024, outlining the remaining disputes and the Parties' respective positions.

It is **FURTHER ORDERED** that, upon consideration of Plaintiff Marybelle Fayad's Motion to Proceed As A Class Action Under Fed. R. Civ P. 23 (ECF No. 31), and for the reasons stated in the accompanying Memorandum, the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.