IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARYBELLE FAYAD,**  *Plaintiff,*  v.  **CITY OF PHILADELPHIA,**  *Defendant* | **Case No. 2:23-cv-00032-JDW** |

### ORDER

**AND NOW**, this 4th day of February, 2025, upon receipt of a joint letter from the Parties dated January 31, 2025, requesting additional time to seek to preserve their rights under Local Rule of Civil Procedure 41.1(b), and good cause having been shown, it is **ORDERED** that the Parties shall have until March 3, 202,5 to move to vacate, modify, or strike my prior Order dismissing this matter pursuant to Local Rule of Civil Procedure 41.1(b).

**No further extensions of this deadline will be granted.**

BY THE COURT:

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.